Benjamin M. Lopatin, Esq.
Cal. Bar No. 281730
**EGGNATZ, LOPATIN & PASCUCCI, LLP**
1425 Irving Street
San Francisco, California 94122
Telephone: (415) 379-4612
Facsimile: (415) 520-2262
Email: BLopatin@ELPLawyers.com

*Counsel for Plaintiff, Karla Estefanía Vega Vargas, and the Proposed Class*



GRANTED
Judge Edward J. Davila
11/20/2017

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **KARLA ESTEFANÍA VEGA VARGAS,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **CONSERVAS ANTONIO ALONSO, S.A., d/b/a CONSERVAS PALACIO DE ORIENTE**, a foreign corporation, <br><br> Defendant. | CASE NO.: 5:17-cv-03967-EJD <br><br> JUDGE: HON. EDWARD J. DAVILA <br><br> **CLASS ACTION** <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO THE COURT, THE CLERK OF COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff, KARLA ESTEFANÍA VEGA VARGAS, by and through her undersigned counsel, hereby dismisses this action, without prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

1

| | |
|---|---|
| Dated:  November 19, 2017 | Respectfully Submitted By, |
| | */s/  Benjamin M. Lopatin*<br>Benjamin M. Lopatin (Cal. Bar No. 281730)<br>**EGGNATZ, LOPATIN & PASCUCCI, LLP**<br>1425 Irving Street<br>San Francisco, California 94122<br>Telephone:      (415) 379-4612<br>Facsimile:       (415) 520-2262<br>Email:             BLopatin@ELPLawyers.com |

*Counsel for Plaintiff Karla Estefanía Vega Vargas*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **19th day of November, 2017**, the foregoing document was filed with the Court via CM/ECF and served upon on all counsel of record.

*/s/  Benjamin M. Lopatin*
Benjamin M. Lopatin